# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5321

_____

MITSOU LAFORTUNE and
DAMOCLES LAFORTUNE,

     Appellants,

     v.

WELLS FARGO BANK N.A., as
Trustee on behalf of the holder
of the Harborview Mortgage
Loan Trust Mortgage Loan
Pass-Through Certificate Series
2007-1
ALBERTELLI LAW FIRM,

     Appellees.

_____

On appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

August 22, 2018

PER CURIAM.

     DISMISSED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Mitsou Lafortune and Damocles Lafortune, pro se, Appellants.

Allison Morat of Pearson Bitman LLP, Maitland, for Appellee Wells Fargo Bank.

No appearance for Appellee Albertelli Law Firm.